## GRADY COUNTY v. ALEXANDER.

No. 7303.   Opinion Filed February 29, 1916.

(155 Pac. 883.)

**APPEAL AND ERROR**—Presentation for Review—**Motion to Vacate Judgment.** Dismissed upon the authority of **Grady County v. Schrock,** ante, p. 144, 155 Pac. 882, **Grady County v. Miller**, post, p. 148, and **Orr v. Fulton,** 52 Okla. 621, 153 Pac. 149.

(Syllabus by the Court.)

*Error from District Court, Grady County;*
*Frank M. Bailey, Judge.*

Action by W. V. Alexander against Grady County, Oklahoma. Judgment for plaintiff, and defendant brings error.

*John H. Venable,* County Attorney, and *A. K. Swan,* Assistant County Attorney, for plaintiff in error.

*Bond, Melton & Melton,* for defendant in error.

KANE, C. J.    This cause comes on to be heard upon a motion to dismiss, filed by the defendant in error.    As the question involved herein is precisely the same as in *Grady County v. Schrock, ante,* p. 144, 155 Pac. 882; *Grady County v. Miller, post,* p. 148, 155 Pac. 882; and *Orr v. Fulton,* 52 Okla. 621, 153 Pac. 149, the proceeding in error herein must be dismissed upon the authority of those cases.

All the Justices concur.